UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN CHARLES KIRSCH,<br><br>Defendant. | CR-24-014-BU-DLC<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals and snacks for the jurors during their deliberations in the above entitled case.

DATED 28th day of October, 2024.

_____
Honorable Dana L. Christensen
United States District Judge