IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN CHARLES KIRSCH,<br><br>Defendant. | CR 24–14–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture (Doc. 79) of the following property, which has already been forfeited by Defendant Jordan Charles Kirsch:

- Taurus .22 caliber pistol, SN 1PT030044;
- Charter Arms .38 revolver, SN 14-41060; and
- Assorted ammunition and accessories.

Having reviewed said motion, the Court finds:

1. The United States commenced this action for violation of 18 U.S.C. § 922(g)(8) and provided notice of its intent to pursue forfeiture, pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on December 3, 2024. (Doc. 74.)

1

3.   The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n).

4.   It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2).

5.   Pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), the United States provided direct notices to Rayshell Leona McDonald, who appeared to be a potential claimant based on the underlying investigative materials. On or about January 15, 2025, Ms. McDonald submitted a valid claim to both firearms identified above, and the United States has confirmed she is not prohibited from possessing firearms. Ms. McDonald has been identified as the owner of the Taurus .22 caliber pistol (S/N 1PT030044) and the Charter Arms .38 revolver (S/N 14-41060). The United States agrees that Ms. McDonald is the owner of these firearms, and that they should be returned to her when no longer needed as evidence. To date, no additional claims to the above-identified property have been submitted and the time for doing so expired on or about February 3, 2025.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.   The motion for final order of forfeiture (Doc. 79) is GRANTED.

2.   Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Assorted ammunition and accessories.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

4. The United States shall return the Taurus .22 caliber pistol, SN 1PT030044 and the Charter Arms .38 revolver, SN 14-41060, to Rayshell Leona McDonald when no longer needed as evidence and in accordance with governing law.

DATED this 26th day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court