IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN CHARLES KIRSCH,<br><br>Defendant. | CR 24–14–BU–DLC<br><br><br><br>ORDER |

Defendant Jordan Charles Kirsch has filed a Motion for Compassionate Release. (Doc. 95.) As of the date of this Order, the Government has not responded.

Accordingly, IT IS ORDERED that the Government shall file a response to Kirsch's Motion for Compassionate Release on or before July 3, 2025.

DATED this 25th day of June, 2025.

_____
Dana L. Christensen, District Judge
United States District Court