IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN CHARLES KIRSCH,<br><br>Defendant. | CR  24–14–BU–DLC<br><br><br>ORDER |

Before the Court is Defendant Jordan Kirsch's Unopposed Motion to Make Available to Counsel the Filed Jury Notes. (Doc. 108.) Counsel for Mr. Kirsch on appeal, Kristina Neal, requests that the jury notes filed as Docs. 63 and 64 be made available so that counsel may complete her review of the record in order to provide effective representation during Mr. Kirsch's appeal. The Government does not oppose the Motion.

Accordingly, IT IS ORDERED that the Motion (Doc. 108) is GRANTED. The Clerk of Court shall provide the jury notes (Docs. 63, 64) filed on October 28, 2024, to appellate counsel of record, Kristina Neal, and provide a copy to counsel for the United States

DATED this 8th day of June, 2025.

1

Dana L. Christensen, District Judge
United States District Court